# Third District Court of Appeal
## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1824
Lower Tribunal No. F92-2775
_____

**Mark R. Smith,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Mark R. Smith, in proper person.

Ashley Moody, Attorney General, for respondent.

Before LINDSEY, HENDON and BOKOR, JJ.

PER CURIAM.

Upon consideration, the amended petition for habeas corpus is denied.